# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

---

JOSE GUTIERREZ-GUTIERREZ   CIVIL ACTION NO. 26-0878

VERSUS         JUDGE ALEXANDER C. VAN HOOK

BRIAN ACUNA, ET AL.     MAGISTRATE JUDGE LEBLANC

---

## ORDER

Considering the foregoing Motion to Voluntary Dismiss Habeas Petition,

**IT IS ORDERED** that the motion is **GRANTED**. All claims of petitioner, Jose Gutierrez-Gutierrez, against defendants, Brian Acuna, Todd Lyons, Pamela Bondi and Warden Winn Correctional Center, are **DISMISSED**.

**DONE AND SIGNED** in Shreveport, Louisiana, this 19th day of May, 2026.

_____
**ALEXANDER C. VAN HOOK**
**UNITED STATES DISTRICT JUDGE**